IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Wishgard, LLC | : |
| | :   Case No. 13-20613 CMB |
| *Debtor(s)* | : |
| | : |

## ORDER AND NOTICE REGARDING INVOLUNTARY
## CHAPTER 7 PETITION

     **AND NOW**, this *25th* day of *April*, *2013*, Kip Tygard, Managing General Partner in the above-captioned case is/are hereby **ORDERED AND DIRECTED** to file the following pursuant to Bankruptcy Rules 1007 and 2016, W.PA.LBR 11 U.S.C. §329, and 11 U.S.C. §521:

    **(1)  Schedules and a Summary of Schedules;**
    **(2)  Statement of Financial Affairs;**
    **(3)  Statement of Attorney;**
    **(4)  Mailing Matrix listing the names and addresses of parties required by W.PA.LBR 1007-1;**
    **(5)  Copies of all payment advices or other evidence of payment received by the debtor from any employer within 60 days before the filing of the petition. (Required if the debtor is an individual with primarily consumer debts; and**
    **(6)  Official Form B 21, Statement of Social Security Number.  This document should be filed on paper with the Clerk, not electronically.  Individual debtors only.**

     **IT IS ORDERED** that if the above documents are not filed pursuant to this order and notice by May 9, 2013, a Rule to Show Cause Why Kip Tygard, Managing General Partner Should Not Be Held in Contempt or Sanctioned is scheduled for May 14 at 1:30 P.M. in Room Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.

     **IT IS FURTHER ORDERED** that a Statement of Intentions Concerning Secured Consumer Debts (individual debtors only) must be filed within thirty days of the date that this order is issued.  If there are no Secured Consumer Debts, then submit a statement to that effect.

     **IT IS FURTHER ORDERED** that any Motion to Extend Time must also include a request to reschedule the Rule to Show Cause specified below.  A proposed order must also be included which will grant the extension and reschedule the Rule to Show Cause.

     **IT IS FURTHER ORDERED** that a Motion for Partial Compliance must be filed within 14 days of the date of this Order if any of the above documents cannot be filed.  Movants must specify the documents that cannot be filed and describe the reasons for noncompliance.  Full and complete compliance with the bankruptcy rules is mandated; partial completion will not be acceptable in most cases.

                                                Carlota M. Bohm
                                           United States Bankruptcy Judge

#18c-D