UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE
Liberty Center, Suite 970
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
Joseph.M.Fornari@usdoj.gov

Joseph M. Fornari, Jr., Esquire (PA ID 32935)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NUMBER: |
| Wishgard, LLC, | § § | 13-20613-CMB |
| DEBTOR | § § § | CHAPTER 11 |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above referenced case:

1. Brighton Resources, Inc., 3109 Forbes Avenue, Suite 201, Pittsburgh, PA 15213
   Tel. (412) 621-7333 Fax. (412) 621-7335
   Attn: Brendan J. McCarthy

2. Southeast Land Services, LLC, 832 E. Boston Street, Suite #5, Covington, LA 70433
   Tel. (985) 320-4116
   Attn: Eric Jenevein

3. Volcano Energy of W.V., LLC, P.O. Box 20, Davisville, WV 26142
   Tel. (304) 481-5678 Fax (304) 428-2636
   Attn: Thomas F. Badgett

Date: May 23, 2013              Roberta A. DeAngelis
                                United States Trustee


                                By: /s/Joseph M. Fornari, Jr.
                                    Joseph M. Fornari, Jr.
                                    Trial Attorney